AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

MARTHA LEMASTER, ON BEHALF
OF ANDREW A. SEAMON,

        **Plaintiff,**　　　　　　**JUDGMENT IN A CIVIL CASE**

v.

**MICHAEL J. ASTRUE,**　　　　　　CASE NO. C2-07-463
**COMMISSIONER OF SOCIAL**　　　JUDGE EDMUND A. SARGUS, JR.
**SECURITY,**　　　　　　　　　　　MAGISTRATE JUDGE NORAH MCCANN KING

        **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the ORDER filed August 25, 2008, JUDGMENT is hereby entered REMANDING this case for further proceedings.  This case is DISMISSED.


Date: August 25, 2008　　　　　　　　　　　　JAMES BONINI, CLERK


　　　　　　　　　　　　　　　　　　　　　　　*/S/ Andy F. Quisumbing*
　　　　　　　　　　　　　　　　　　　　　　　 (By) Andy F. Quisumbing
　　　　　　　　　　　　　　　　　　　　　　　 Courtroom Deputy Clerk